UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                              Chapter 13

       LEUNORA RINDERMAN,                          Case No.: 1-19-41725-cec

                              Debtor.    **AFFIDAVIT OF**
                                                                      **LEUNORA RINDERMAN**
-----------------------------------------------------------x

STATE OF NEW YORK
COUNTY OF RICHMOND

I, LEUNORA RINDERMAN, do swear to the following under penalty of perjury:

1. I am over 18 years of age.

2. I am the Debtor in this case.

3. I submit this Affidavit in response to the allegations made by Wells Fargo Bank, N.A., as Trustee for Stanwich Mortgage Loan Trust, Series 2011-2, Asset Backed Pass-Through Certificates in its motion seeking relief from the automatic stay, in order to provide clarification as to the address of my residency at the time of the filing of the instant Chapter 13 case.

4. Back in 2015, I resided at the property located at 33 Warwick Circle, Springfield, NJ 07081.

5. However, in 2017, I decided to move into the property located at 6 Adlers Lane, Staten Island, NY 10307 (the "Staten Island Property"), where I continue to reside to date.

6. I filed my tax returns for the years of 2017 and 2018 as a resident of New York and listed the Staten Island Property as my primary residence.

                                                                      _____
                                                                      LEUNORA RINDERMAN

Sworn to before me this

__ day of _____ 2019

_____
NOTARY PUBLIC

SEAN PATRICK MCDERMOTT
Notary Public – State of New York
NO. 01MC6358728
Qualified in Suffolk County
My Commission Expires May 15, 2021